# EXHIBIT C

STATE OF INDIANA
IN THE FULTON COUNTY SUPERIOR COURT

CAUSE NO. 25D01-2512-PL-000903

| | |
|---|---|
| STATE OF INDIANA,<br>Plaintiff,<br>v.<br>JESS SAMPSON,<br>Defendant. | **ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S THIRD-PARTY COMPLAINT** |

This matter having come before the Court upon the Plaintiff's Motion to Strike Defendant's Third-Party Complaint, and the Court having read the Motion and being duly advised now finds that the Plaintiff's Motion should be GRANTED. The Defendant's Third-Party Complaint against Todd Rokita in his individual capacity is struck from the Cause.

Dated: 8/17/2026

Judge, Fulton County Superior Court

**Distribution List:**

All parties of record by operation of the Court's electronic filing system.