**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

THEODORE E. ROKITA,

*Plaintiff,*

v.

BERNARD A. CARTER, J. DAVID ROELLGEN, DENISE ROSE, PETER RUSTHOVEN, EDWARD A. SULLIVAN, III, DANIEL B. VINOVICH, TERRY A. WEBSTER, SR., CARA S. WIENEKE, and HOLLY WOJCIK, in their individual capacities and official capacities as Members of the Disciplinary Commission of the Supreme Court of Indiana; BRIAN K. CARROLL, MOLLY KITCHELL, JOHN L. KRAUSS, LEANNA K. WEISSMANN, and KIRK WHITE, former Members of the Disciplinary Commission of the Supreme Court of Indiana, in their individual capacities; ADRIENNE L. MEIRING, in her individual capacity and official capacity as Executive Director of the Disciplinary Commission of the Supreme Court of Indiana,

*Defendants.*

Civil Action No. 1:26-CV-2118

**SUMMONS IN A CIVIL ACTION**

TO:

*Bernard A. Carter*
*2293 North Main Street*
*Crown Point, IN 46307*

*Daniel B. Vinovich*
*2637 45th St*
*Highland, IN 46322*

*Peter Rusthoven*
*Barnes & Thornburg LLP*
*100 Bailey Court*
*Zionsville, IN 46077*

*Denise Rose*
*235 Main Street*
*Aurora, IN 47001*

*J. David Roellgen*
*801 Busseron St.*
*P.O. Box 21*
*Vincennes, IN 47591*

*Edward A. Sullivan, III*
*1516 Middlebury Street*
*Suite 1400*
*Elkhart, IN 46516*

*Terry A. Webster, Sr.*
*5935 West 56th Street*
*Indianapolis, IN 46254*

*Cara S. Weineke*
*P.O. Box 368*
*Brooklyn, IN 46111*

*Holly Wojcik*
*4 Indiana Avenue*
*Valparaiso, IN 46383*

*Leanna K. Weissmann*
*200 W. Washington Street, Rm 421*
*Indianapolis, IN 46204*

*Kirk White*
*201 N. Indiana Ave*
*Bloomington, IN 47408*

*John L. Krauss*
*530 W. New York Street*
*Lawrence W. Inlow Hall*
*Room 136 E*
*Indianapolis, IN 46202*

*Brian K. Carroll*
*P.O. Box 6016*
*2230 West Franklin St.*
*Evansville, IN 47719*

*Molly Kitchell*
*2070 Mulsanne Dr.*
*Zionsville, IN 46077*

*Adrienne L. Meiring*
*251 N. Illinois Street*
*Suite 160*
*Indianapolis, IN 46204*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)—or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3)—you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Paul O. Mullin*
*8777 Purdue Road, Suite 330*
*Indianapolis, IN 46268*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________________________
*Signature of Clerk or Deputy Clerk*

Civil Action Number: __________________________